**DENY and Opinion Filed March 11, 2013**



In The

**Court of Appeals**

**Fifth District of Texas at Dallas**

**No. 05-13-00322-CV**

**IN RE ROSHON DASHEN DAVIS, Relator**

**On Appeal from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 12-11022**

## MEMORANDUM OPINION

Before Justices O'Neill, Lang-Miers, and Evans
Opinion by Justice Lang-Miers

Relator contends the trial judge erred in denying his motion to vacate a default order. The facts and issues are well known to the parties, so we need not recount them herein. Based on the record before us, we conclude relator has not shown he is entitled to the relief requested. *See* TEX. R. APP. P. 52.8(a); *Walker v. Packer*, 827 S.W.2d 833, 839-40 (Tex. 1992) (orig. proceeding). Accordingly, we **DENY** relator's petition for writ of mandamus and motion for emergency relief.

/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE

130322F.P05